B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Odell Jenkins_____    Case No. _____

                                          Debtor(s)    Chapter    __7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __306.00__ in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____76.50___ Check one  ☐  With the filing of the petition, or
                                 ■  On or before  __1/27/12_____

    $ _____76.50___ on or before    __2/28/12_____

    $ _____76.50___ on or before    __3/28/12_____

    $ _____76.50___ on or before    __4/27/12_____

*  The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date  __December 31, 2011_____        Signature    __/s/ Odell Jenkins_____
                                                           Odell Jenkins
__/s/ Kathern M. Williams_____                     Debtor
Attorney for Debtor(s)
Kathern M. Williams 6273451
Kathern M. Williams, Esq.
P.O. Box 1995
Chicago, IL 60690
312-545-9531
Fax: 888-315-4469
kathernwilliams@yahoo.com

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Odell Jenkins** _____    Case No. _____

_____    Chapter    **7** _____

Debtor(s)

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐  With the filing of the petition, or
☐  On or before    _____

$ _____    on or before    _____

$ _____    on or before    _____

$ _____    on or before    _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date    _____    _____

*United States Bankruptcy Judge*